## LITTLEFIELD v. GARNER et al.

No. 9784—Opinion Filed April 23, 1918.

(172 Pac. 438.)

(Syllabus.)

**Appeal and Error—Time for Taking Appeal —Dismissal.**

Where plaintiff in error fails to file his appeal in this court within six months from the date of the rendition of the judgment or order appealed from, as required by chapter 18, p. 35. Sess. Laws 1910-11, the same 'will be dismissed for want of jurisdiction.

Error from District Court, Caddo County; Will Linn, Judge.

Action by J. E. Littlefield against John D. Garner and others. From a final order sustaining defendant Garner's demurrer to a second amended petition, plaintiff brings error. Dismissed.

L. E. McKnight, for plaintiff in error.

Geo. T. Webster and Dyke Ballinger, for defendants in error.

RAINEY, J. The final order appealed from in this case is that of the district court of Caddo county, Okla., in sustaining the demurrer of the defendant in error John D. Garner in the second amended petition filed by the plaintiff in error, J. E. Littlefield, which order of the court was made on the 3d day of September, 1917. On that day the plaintiff in error gave notice of appeal, and on March 6, 1918, the petition in error and case-made were filed in this court. The defendant in error John D. Garner has filed a motion to dismiss the appeal, on the ground that the Supreme Court is without jurisdiction of the case. for the reason that the said petition in error and case-made were not filed in this court within six months from the date of the order appealed from. No response has been filed to this motion, doubt-

less for the reason that under the numerous decisions of this court the same would have been unavailing. Thomason et al. v. Champlin, 43 Okla. 86, 141 Pac. 411; Gaskin v. Simmons-Burk Clothing Co., 38 Okla. 228, 132 Pac. 821.

For the reasons stated, the appeal is dismissed.

All the, Justices concur.